■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENDRA Q. ERWIN, Appellant. [992 NYS2d 893]—

Appeal by the defendant from a judgment of the County Court, Dutchess County (Forman, J.), rendered January 3, 2013, convicting her of robbery in the first degree, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that she was deprived of the effective assistance of counsel at the sentencing proceeding is without merit. Counsel was not ineffective for failing to request that the sentencing court impose a sentence even more lenient than what was promised by the court at the plea proceeding, given that the defendant received an advantageous plea and sentence, and the record does not cast doubt on the apparent effectiveness of counsel (*see People v Henry*, 95 NY2d 563, 565-566 [2000]; *People v Philpot*, 99 AD3d 1025 [2012]; *People v Portillo*, 95 AD3d 1361 [2012]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Mastro, J.P., Chambers, Cohen and Barros, JJ., concur.